AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nalbandian, John B. | Sixth Circuit | 05/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge-Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Sixth Circuit Court of Appeals
Potter Stewart US Courthouse
100 East Fifth Street, Room 606
Cincinnati, OH 45202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor/Jurist in residence | Northern Kentucky University Chase School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | Taft law firm partnership agreement -- entitles me to return of my capital account upon separation and possible payment of bonuses already earned |
| 2. | 2019 | Taft law firm cash pension plan -- will be paid sometime in the future |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nalbandian, John B.** | 05/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Taft Law firm capital return | $83,080.32 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Arizona State University | 1/28-2/1/2019 | Phoenix,AZ | Educational Seminar | Travel, lodging, meals |
| 2. | Brigham Young University | 2/14-2/16/2019 | Provo, UT | Judging moot court | Travel, lodging, meals |
| 3. | Federalist Society | 3/14-3/17/2019 | Phoenix, AZ | symposium speaker | Travel, lodging, meals |
| 4. | Pepperdine University | 3/29-3/31/2019 | Los Angeles, CA | Judging moot court | Travel, lodging, meals |
| 5. | George Mason University | 4/25-4/26/2019 | Arlington, VA | educational forum | Travel, lodging, meals |
| 6. | Georgetown University | 9/20-9/21/2019 | Washington, DC | educational seminar | Travel, lodging, meals |
| 7. | Federalist Society | 11/13-11/17/2019 | Washington, DC | symposium speaker | Travel, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nalbandian, John B.** | 05/06/2020 |

8. _____  _____  _____  _____  _____

9. _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| **Nalbandian, John B.** | 05/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Mohela | student loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nalbandian, John B.** | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Empower Retirement Accounts (H) | | | | | | | | | |
| 2.   T.Rowe Price/2035 | G | Dividend | O | T | | | | | |
| 3. | | | | | | | | | |
| 4.   Morgan Stanley Accounts (H) | | | | | | | | | |
| 5.   Morgan Stanley Account (H) | | | | | | | | | |
| 6.   TRAK CGCM-▮▮▮ (H) | | | | | | | | | |
| 7.   TEMUX | A | Dividend | J | T | | | | | |
| 8.   TILUX | A | Dividend | J | T | | | | | |
| 9.   TIEUX | A | Dividend | J | T | | | | | |
| 10.   TIFUX | A | Dividend | J | T | | | | | |
| 11.   TLGUX | A | Dividend | J | T | | | | | |
| 12.   TMUUX | A | Dividend | J | T | | | | | |
| 13.   TSGUX | A | Dividend | J | T | | | | | |
| 14.   TSDUX | A | Dividend | J | T | | | | | |
| 15. | | | | | | | | | |
| 16.   Morgan Stanley Rollover IRA (H) | | | | | | | | | |
| 17.   TRAK Fund Solution IRA - ▮▮ (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nalbandian, John B. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MCGIX | A | Dividend | J | T | | | | | |
| 19. APDQX | A | Dividend | J | T | | | | | |
| 20. BGRIX | A | Dividend | J | T | | | | | |
| 21. BHYIX | A | Dividend | J | T | | | | | |
| 22. MJFOX | A | Dividend | J | T | | | | | |
| 23. NBGIX | A | Dividend | J | T | | | | | |
| 24. OAYMX | A | Dividend | J | T | | | | | |
| 25. PEGZX | A | Dividend | J | T | | | | | |
| 26. PLDPX | A | Dividend | J | T | | | | | |
| 27. PTSPX | A | Dividend | J | T | | | | | |
| 28. PTTPX | A | Dividend | J | T | | | | | |
| 29. THDIX | A | Dividend | J | T | | | | | |
| 30. THDIX | A | Dividend | J | T | | | | | |
| 31. TINGX | A | Dividend | J | T | | | | | |
| 32. PLCPX | A | Dividend | J | T | Buy | 4/18/19 | J | | |
| 33. | | | | | | | | | |
| 34. Morgan Stanley Rollover IRA (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nalbandian, John B.** | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. TRAK Fund Solution IRA - ▓▓▓ (H) | | | | | | | | | |
| 36. MCGIX | A | Dividend | J | T | | | | | |
| 37. APDQX | A | Dividend | J | T | | | | | |
| 38. BGRIX | A | Dividend | J | T | | | | | |
| 39. BHYIX | A | Dividend | J | T | | | | | |
| 40. MJFOX | A | Dividend | J | T | | | | | |
| 41. NBGIX | A | Dividend | J | T | | | | | |
| 42. OAYMX | A | Dividend | J | T | | | | | |
| 43. PEGZX | A | Dividend | J | T | | | | | |
| 44. PLDPX | A | Dividend | J | T | | | | | |
| 45. PTSPX | A | Dividend | J | T | | | | | |
| 46. PTTPX | A | Dividend | J | T | | | | | |
| 47. THDIX | A | Dividend | J | T | | | | | |
| 48. TINGX | A | Dividend | J | T | | | | | |
| 49. PLCPX | A | Dividend | J | T | Buy | 4/18/19 | J | | |
| 50. | | | | | | | | | |
| 51. Cash Value Life Insurance (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nalbandian, John B. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Northwestern Mutual Variable Comp Life JBN Insurance (H) | | | | | | | | | |
| 53. Gov't Money Market (MSA/Blackrock Advisors LLC) | A | Dividend | J | T | | | | | |
| 54. Growth Stock (MSA/Mellon Investments Corp) | A | Dividend | J | T | | | | | |
| 55. Index 500 Stock (MSA) | A | Dividend | J | T | | | | | |
| 56. Large Cap Core Stock (MSA/Wellington Management) | A | Dividend | J | T | | | | | |
| 57. Mid Cap Grown Stock (MSA/Wellington Management) | A | Dividend | J | T | | | | | |
| 58. Balanced (MSA) | A | Dividend | J | T | | | | | |
| 59. | | | | | | | | | |
| 60. Northwestern Mutual 65 Life JBN ▓ | A | Dividend | J | T | | | | | |
| 61. Northwestern Mutual 65 Life JBN ▓ | A | Dividend | J | T | | | | | |
| 62. Northwestern Mutual 65 Life JBN ▓ | A | Dividend | J | T | | | | | |
| 63. Northwestern Mutual 65 Life CFM ▓ | A | Dividend | K | T | | | | | |
| 64. Northwestern Mutual 65 Life CFM ▓ | A | Dividend | K | T | | | | | |
| 65. Northwestern Mutual 65 Life CFM ▓ | A | Dividend | K | T | | | | | |
| 66. | | | | | | | | | |
| 67. Learning Quest 529 Education Accounts (H) | | | | | | | | | |
| 68. ▓ Short Term Portfolio | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nalbandian, John B.** | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.      Moderate Track 30% Equity Portfolio | B | Dividend | K | T | Buy | 2/5/19 | K | | |
| 70. | | | | | | | | | |
| 71.    U.S. Bank -- cash accounts | A | Interest | N | T | | | | | |
| 72. | | | | | | | | | |
| 73.    5 YR GS National Defense ML CD Sept 2024 | A | Interest | J | T | Buy | 8/30/19 | J | | |
| 74. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nalbandian, John B.** | 05/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ John B. Nalbandian

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544